**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEPHEN J. ZAYLER, Chapter 7 Trustee,**<br><br>      Plaintiff,<br><br>   vs.<br><br>**AMERICAN BRIDGE CO.** *et al.*,<br><br>      Defendant(s). | **Case No.: 11-CV-6243 YGR**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' Joint Motion for Dismissal With Prejudice, Dkt. No. 50, is **GRANTED**.

This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees.

This Order Terminates Docket Number 50.

**IT IS SO ORDERED**.

Date: August 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**